```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
_____
                                    )
WILLIAM LEE GRANT, II,              )
                                    )
            Plaintiff,              )
                                    )
      v.                            )    C.A. No. 21-162 WES
                                    )
WILLIAM HOWARD TAFT IV,             )
                                    )
            Defendant.              )
_____)
```

**ORDER**

On April 16, 2021, Magistrate Judge Lincoln D. Almond issued a Report and Recommendation for Summary Dismissal Pursuant to 28 U.S.C. § 1915(e) ("R. & R."), ECF No. 4. Judge Almond recommended that this Court summarily dismiss Plaintiff's Complaint because it is frivolous and fails to state a claim upon which relief may be granted. R. & R. 1. After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the report and ADOPTS the recommendations and reasoning set forth therein. Accordingly, Plaintiff's Complaint, ECF No. 1, is DISMISSED.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
District Judge
Date: May 3, 2021